**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2334**

In re: UNULA BOO SHAWN ABEBE,

                Petitioner.

On Petition for Writ of Mandamus.
(5:11-cv-02750-MBS-KDW)

Submitted:  January 31, 2012          Decided:  February 2, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unula Boo Shawn Abebe, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Boo Shawn Abebe petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for a temporary restraining order and injunction. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We also deny Abebe's pending motion for emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED